1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   GREGORY A. McFARLAND,              )   No. C 13-00147 EJD (PR)
                                        )
12              Petitioner,             )   ORDER TO SHOW CAUSE;
                                        )   GRANTING MOTION FOR LEAVE
13      vs.                             )   TO PROCEED *IN FORMA PAUPERIS*
                                        )
14   RICK HILL,                         )
                                        )
15              Respondent.             )
                                        )
16                                      )
     _____  )   (Docket No. 2)
17

18         Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.  Petitioner has

20   filed a motion for leave to proceed in forma pauperis.  (Docket No. 2.)

21

22                              **BACKGROUND**

23         According to the petition, Petitioner was found guilty of assault with a firearm

24   and residential burglary after a jury trial in San Mateo County.  (Pet. at 1.)  Petitioner

25   was sentenced to 10 years and four months in prison.  (Id.)

26         Petitioner appealed his conviction, and the state appellate court affirmed.  (Id. at

27   2.)  The state high court denied review.  (Id.)

28         Petitioner filed the instant federal habeas petition on December 17, 2012.

Order to Show Cause; Granting IFP
00147McFarland_osc&ifp.wpd

**DISCUSSION**

A.    Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.    Legal Claims

Petitioner claims the following ground for federal habeas relief: (1) his right to a trial by an impartial jury was violated when the trial court failed to investigate jury misconduct. Liberally construed, his claim is cognizable under § 2254 and merits an answer from Respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1.    Petitioner's motion for leave to proceed in forma pauperis, (Docket No. 2), is GRANTED.

2.    The Clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

3.    Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and

**United States District Court**
For the Northern District of California

1   that are relevant to a determination of the issues presented by the petition.

2       If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

3   with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the

4   answer.

5       4.      Respondent may file a motion to dismiss on procedural grounds in lieu of

6   an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules

7   Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file

8   with the Court and serve on Respondent an opposition or statement of non-opposition

9   within **thirty (30) days** of receipt of the motion, and Respondent shall file with the

10  court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any

11  opposition.

12      5.      Petitioner is reminded that all communications with the court must be

13  served on Respondent by mailing a true copy of the document to Respondent's counsel.

14  Petitioner must also keep the Court and all parties informed of any change

15  of address.

16      This order terminates Docket No. 2.

17

18  DATED:  _____1/28/2013_____                    _____
                                                       EDWARD J. DÁVILA
19                                                     United States District Judge

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California

Order to Show Cause; Granting IFP
00147McFarland_osc&ifp.wpd                      3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY ANTHONY MCFARLAND,

          Petitioner,

  v.

RICK HILL,

          Respondent.

_____/

Case Number CV 13-00147 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/29/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Gregory Anthony McFarland
AI-1206
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

DATED: _____1/29/2013_____

                    Richard W. Wieking, Clerk

              /s/By: Elizabeth Garcia, Deputy Clerk